DATE OF NOTICE: **May 23, 2002**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN E. NIELSON, | : | **CIVIL ACTION.** |
| vs. | : | |
| FORD MOTOR CO., ET AL., | : | **NO.** 02-2819 |

<u>**NOTICE**</u>

Please be advised that an initial pretrial conference in the above-captioned case will be held on **June 11, 2002** at **12:30 p.m.** before the Honorable Eduardo C. Robreno in Room 7614, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of Agenda of Initial Pretrial Conference. In lieu of each side submitting a Report, the parties may file a joint report pursuant to Federal Rule of Civil Procedure 26(f).

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Initial Pretrial Conference.

**Constantine S. Flores
Deputy Clerk to Judge Robreno
(267) 299-7429**

**cc:** Edward Finch, Esquire
George Weber, Esquire

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1. An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and (c), will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2. The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3. At the Initial Conference the following matters, among others, will be considered and acted upon:

    A. Jurisdictional defects, if any;

    B. Time limits to join other parties and to amend pleadings;

    C. Prospects of amicable settlement;

    D. Progress of self executing disclosure under Section 4:01 of the Civil Justice Expense and Delay Reduction Plan (the "Plan");

    E. Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

    F. Filing of dispositive motions; and,

    G. Setting a date for trial.

4. Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

5. No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of settlement or for trial management or trial preparation purposes or if provided for in the Scheduling Order.

**Constantine S. Flores**
**Deputy Clerk to Judge Robreno**
**(267) 299-7429**

<u>INITIAL PRETRIAL CONFERENCE STATUS REPORT</u>

Date: _____

CIVIL ACTION NO. _____   JURY TRIAL_____ NON-JURY TRIAL_____

Title of Case:_____

Name of Party You Represent: _____

Party is: plaintiff _____   defendant _____   third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code):_____ Fax No._____

Basis for Jurisdiction: _____

Proof of Service Filed as to Defendant:    Yes\_\_\_ No\_\_\_

Has self-executing disclosure been completed  Yes _____   No _____

If not, explain what remains to be completed? _____

What, if any, matters do you wish to bring to the attention of the court at the initial pretrial conference?_____

Case will be ready for trial on or about:_____

Trial time: a) Estimate of total time to present your case _____
            b) Estimate of total time for the entire trial _____

Additional Comments:_____

_____

_____
Counsel for

Revised 7/15/96

Case 2:02-cv-02819-ER    Document 3    Filed 05/23/2002    Page 5 of 5

Revised 7/15/96